UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:98CR302-MU |
|---|---|---|
| vs. | ) | **ORDER FOR DISMISSAL** |
| EARNEST M. MATKINS | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion to Dismiss the above captioned Bill of Indictment against Defendant. Leave of Court is hereby GRANTED for the dismissal of the Bill of Indictment in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service and the United States Attorney's Office.

**IT IS SO ORDERED.**

Signed: February 24, 2006

Graham C. Mullen
United States District Judge